## (May 18, 1976)

■ EDWARD H. BESHAR, Appellant, v HERBERT K. BESHAR et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on January 7, 1975, unanimously affirmed for the reasons stated by Fein, J., at Special Term, and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.